No. 72–5206. ALEXANDER *v.* HENDERSON, WARDEN. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated insofar as it leaves undisturbed the death penalty imposed and case remanded for further proceedings. See *Stewart v. Massachusetts,* 408 U. S. 845 (1972).

No. 70–279. UNITED STATES ET AL. *v.* FLORIDA EAST COAST RAILWAY CO. ET AL. Appeal from D. C. M. D. Fla. [Probable jurisdiction noted, 407 U. S. 908.] Motion of appellee Seaboard Coast Line Co. to permit two counsel to argue on behalf of appellees granted. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.